UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRANSIT MANAGEMENT OF SOUTHEAST LOUISIANA, INC. RETIREMENT INCOME PLAN, <br><br> v. <br><br> NEW ORLEANS REGIONAL TRANSIT AUTHORITY AND TRANSIT MANAGEMENT OF SOUTHEAST LOUISIANA, INC. | CIVIL ACTION <br><br> No. 14-2485 <br> SECTION (DIVISION): H(5) <br><br> JUDGE JANE TRICHE MILAZZO <br><br> MAGISTRATE JUDGE MICHAEL B. NORTH |

### ORDER

Considering the foregoing *Joint Motion to Dismiss Without Prejudice*, filed by Plaintiff, Transit Management of Southeast Louisiana, Inc. Retirement Income Plan, and Defendants, the Regional Transit Authority and Transit Management of Southeast Louisiana, Inc.,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that all claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE** with each party to bear their own costs.

New Orleans, Louisiana, this __27th__ day of ____July____, 2015.

_____
Hon. Jane Triche Milazzo
Unites States District Judge